UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MY SU,

      Petitioner,

        v.

BRIAN ENGLISH,

      Respondent.

CAUSE NO. 3:26-CV-299-CCB-SJF

## ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on March 31, 2026, under the same conditions of supervised release. ECF 11. The court entered the order granting habeas relief on March 30, 2026. ECF 9.

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent with the order granting habeas relief (ECF 9) and to close this case.

SO ORDERED on April 13, 2026.

                    /s/ *Cristal C. Brisco*
                    CRISTAL C. BRISCO, JUDGE
                    UNITED STATES DISTRICT COURT